IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


RAYMOND MONTEZELLO,

     Plaintiff,             CV F 06 1651 OWW WMW   P

  vs.                          ORDER RE MOTION (DOC 10 )

BILL LOCKYER, et al.,

     Defendants.


     Plaintiff has filed a motion for leave to amend the complaint.  There has been no service of process and no defendant has entered a response.  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion to amend the complaint is granted.  Plaintiff is granted thirty days from the date of service of this order in which to file a first amended complaint.


IT IS SO ORDERED.

**Dated:   January 9, 2007**          **/s/  William M. Wunderlich**
j14hj0                       UNITED STATES MAGISTRATE JUDGE

1