IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY ANDRES MONTES,

    Plaintiff,                       CV F 06 1651 OWW WMW P

    vs.

E. ALLISON, et al.,            ORDER DENYING MOTION FOR
                                        APPOINTMENT OF COUNSEL
    Defendants.                 (DOC 7)

      Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States District Court for the Southern District of Iowa</u>, 490 U.S. 296, 109 S.Ct. 1814 (1989).

      In certain exceptional circumstances, the court may request

the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(d). <u>Terrell v. Brewer</u>, 935 F.2d 1015 (9th Cir. 1990); <u>Wood v. Housewright</u>, 900 F.2d 1332 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances.

      Accordingly, plaintiff's request for the appointment of counsel is denied.

IT IS SO ORDERED.

**Dated:   August 2, 2007**              <u>/s/  William M. Wunderlich</u>
                                                   UNITED STATES MAGISTRATE JUDGE