IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND MONTEZELLO,

      Plaintiff,            CV F 06 1651 OWW WMW P

   vs.                         ORDER RE MOTION (DOCS 24, 27, 30, 35, 37)

WILLIAM LOCKYER, et al.,

      Defendants.

     Plaintiff has filed motions to strike and motions to amend the complaint. Subsequently, Plaintiff filed a third motion for leave to file an amended complaint. Good cause appearing, Plaintiff is granted leave to file an amended complaint. The previous motions are therefore moot.

     Accordingly, IT IS HEREBY ORDERED that:

     1. Plaintiff's motion for leave to file an amended complaint (doc 37) is granted.

     2. Plaintiff's previous motions to strike and for leave to amend are denied as moot.

     3. Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:**   **January 16, 2008**       /s/ **William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE

1