IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY A. MONTES,

        Plaintiff,        CV F 06 1651 OWW WMW PC

   vs.                      FINDINGS AND RECOMMENDATIONS RE MOTION
                              FOR PRELIMINARY INJUNCTION (DOC 25)

WILLIAM LOCKYER, et al.,

        Defendants.

     Plaintiff is a state prisoner proceeding pro se in a civil rights action against Defendant correctional officials employed by the California Department of Corrections and Rehabilitation at CSP Corcoran.

     Plaintiff has filed a motion for preliminary injunctive relief. In his motion, Plaintiff does not specify what court action he seeks. He sets forth generalized complaints of misconduct regarding correctional officials at CSP Corcoran. Though Plaintiff articulates fears for his safety, he does not refer to any of the named defendants in this action, nor charge them with any specific conduct.

     Further, Plaintiff has been transferred from CSP Corcoran to Pelican Bay State Prison. When an inmate seeks injunctive or declaratory relief concerning the prison where he is incarcerated, his claims for such relief become moot when he is no longer subjected to those

1

1  conditions.  See Weinstein v. Bradford, 423 U.S. 147 (1975); Enrico's, Inc. v. Rice, 730 F.2d
2  1250, 1255 (9th Cir. 1984).  Accordingly, plaintiff's request[s] should be denied as moot.
3  	Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for injunctive
4  relief be denied as moot.
5  	These findings and recommendations are submitted to the United States District Judge
6  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within ten days
7  after being served with these findings and recommendations, any party may file written
8  objections with the court and serve a copy on all parties.  Such a document should be captioned
9  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
10 failure to file objections within the specified time waives all objections to the judge's findings of
11 fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within
12 the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
13 F.2d 1153 (9th Cir. 1991).
14 IT IS SO ORDERED.
15 **Dated:     March 6, 2008**              /s/  William M. Wunderlich
                                             UNITED STATES MAGISTRATE JUDGE