IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND MONTEZELLO, aka
ROY ANDRES MONTES,

      Plaintiff,           CV F 06 1651 OWW WMW PC

    vs.                     ORDER RE MOTION (DOC 42)

WILLIAM LOCKYER, et al.,

      Defendants.

      Plaintiff has filed a motion to strike certain documents from the record, as he has filed amended documents. Plaintiff is advised that once a document is filed with the court, it becomes a part of the record. The court will not replace or strike previous submissions on the ground that a later, amended, pleading or document is filed.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to strike is denied.

IT IS SO ORDERED.

**Dated:   June 17, 2008**                /s/  **William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE