IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND MONTEZELLO,

    Plaintiff,                    1: 06 CV 01651 OWW YNP GSA (PC)

    vs.                                ORDER

WILLIAM LOCKYER, et al.,

    Defendants.

    Good cause having been shown, the discovery phase in this case is stayed pending resolution of Defendants' Motion to Dismiss for Failure to Exhaust. Defendants' obligation to submit responses to Plaintiff's discovery requests, currently due October 1, 2009, is also stayed.

    Should this case proceed to discovery after the ruling on the motion, Defendants will be granted an additional thirty days in which to submit their responses to Plaintiff.

    IT IS SO ORDERED.

    Dated: **September 30, 2009**           /s/ **Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE