IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND MONTEZELLO,

    Plaintiff,                 1: 06 CV 01651 OWW YNP GSA (PC)

    vs.                         ORDER DISMISSING ACTION

WILLIAM LOCKYER, et al.,

    Defendants.

Plaintiff has filed a motion to voluntarily dismiss this action. Plaintiff moves "to withdraw the 42 U.S.C. Section 1983 from Defendants Hense, Adams, Alcantar, Osteen, Davis, Miranda, Alvarez, Emmerson and Allison; all of the Defendants in the above matter."

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action may be dismissed by a stipulation signed by all parties who have appeared. Defendants have filed a statement of non-opposition to the motion.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed on Plaintiff's motion.

IT IS SO ORDERED.

**Dated:**   **November 16, 2009**            /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE